

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00024-CV

IN THE GUARDIANSHIP OF CRAIG HARLAN PENSE,
AN INCAPACITATED PERSON, Appellant

On Appeal from the County Court at Law
Hopkins County, Texas
Trial Court No. G04-00061

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

Court reporter Judith F. Snyder recorded portions of the trial court proceedings in appellate cause number 06-22-00024-CV, styled *In the Guardianship of Craig Harlan Pense, an Incapacitated Person*, trial court cause number G04-00061, in the County Court at Law of Hopkins County, Texas. The reporter's record was originally due in this matter on April 20, 2022. That deadline was extended twice by this Court, on Snyder's motions, resulting in the most recent due date of July 11, 2022. Although we warned Snyder that additional requests to extend the filing deadline would not be granted, absent extraordinary circumstances, she has nonetheless filed a third request for an extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

We, therefore, deny Snyder's third request for an extension of the filing deadline and order Snyder to file the reporter's record in cause number 06-22-00024-CV, styled *In the Guardianship of Craig Harlan Pense, an Incapacitated Person*, trial court cause number G04-00061, in the County Court at Law of Hopkins County, Texas, to be received no later than August 10, 2022.

IT IS SO ORDERED.

BY THE COURT

Date:   July 26, 2022